| | |
|---|---|
| 1 | Susan St. Vincent |
| | Acting Legal Officer |
| 2 | NATIONAL PARK SERVICE |
| | Law Enforcement Office |
| 3 | P.O. Box 517 |
| | Yosemite, California 95389 |
| 4 | Telephone: 209-372-0243 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, | CASE: 6:12-MJ-0027-YNP |
| Plaintiff, | |
| vs. | STIPULATION TO VACATE TRIAL DATE; AND ORDER THEREON |
| DYLAN M. METZ, | |
| Defendant. | Court: U.S. District Court - Yosemite |
| | Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Dylan Metz, and his attorney of record, Christopher Curtis,, that the bench trial in the above-captioned matter currently scheduled for August 28, 2012 be vacated. The parties would request the Court convert the violation to a bailable citation which will be forwarded to the Central Violations Bureau for processing, and Defendant will pay the forfeiture amount of $300 plus a processing fee of $25 within 60 days.

Dated: August 23, 2012     /s/ Susan St. Vincent
                            Susan St. Vincent
                            Acting Legal Officer for
                            National Park Service

Dated: August 23, 2012     /s/ Christopher Curtis
                            Christopher Curtis
                            Attorney for
                            Dylan Metz

1

* * * ORDER * * *

The Court, having reviewed and approved the above Stipulation, HEREBY ORDERS AS FOLLOWS:

    1.    The bench trial set for August 28, 2012, is vacated;

    2.    Citation Number 1866622 is converted to a bailable citation with a forfeiture amount of $300 plus a processing fee of $25; and

    3.    Defendant, Dylan Mezt, will pay the fine described in paragraph 2 of this Order within 60 days.

IT IS SO ORDERED.

Dated:   August 26, 2012        /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE